**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **NOLAN TRANSPORTATION GROUP, INC.,** | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION** |
| **v.** | ) | |
| | ) | **FILE NO: ____________** |
| **SECRET SQUIRREL EXPRESS, INC.,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S STATE AND COMMON LAW CLAIMS**

**COMES NOW**, Secret Squirrel Express, Inc. (hereinafter, "Secret Squirrel"), a Defendant in the above-styled action, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, and files its Motion to Dismiss Plaintiff's State and Common Law Claims on the grounds they are preempted by the Carmack Amendment, 49 U.S.C. § 14706, which governs all claims relating to freight shipments transported in interstate commerce pursuant to a bill of lading. Defendant's position is more fully set forth in the Brief in Support of this Motion, filed simultaneously herewith.

This 5th day of October, 2011.

**NALL & MILLER, LLP**

**By:** */s/ Amanda L. Matthews*
**MICHAEL D. HOSTETTER**
Georgia State Bar No. 368420
**AMANDA L. MATTHEWS**
Georgia State Bar No. 474951

**ATTORNEYS FOR DEFENDANT SECRET SQUIRREL EXPRESS, INC.,**

**NALL & MILLER, LLP**
Peachtree Center, North Tower
235 Peachtree Street NE, Suite 1500
Atlanta, Georgia 30303-1905
Telephone: 404-522-2200
Facsimile: 404-522-2208
Email: mhostetter@nallmiller.com
Email: amatthews@nallmiller.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **NOLAN TRANSPORTATION GROUP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION** |
| **v.** | ) | |
| | ) | **FILE NO: ____________** |
| **SECRET SQUIRREL EXPRESS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have this day served a copy of the within and foregoing **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S STATE AND COMMON LAW CLAIMS** in connection with the above-referenced matter by filing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following counsel of record:

Jeffrey L. Mapen
Nelson Mullins Riley & Scarborough, LLP
201 17th Street NW, Suite 1700
Atlanta, Georgia 30363
Telephone: 404-322-6000
Facsimile: 404-322-6863
Email: jeff.mapen@nelsonmullins.com
*Attorney for Plaintiff*

This 5th day of October, 2011.

**NALL & MILLER, LLP**

**By:** *\/s/ Amanda L. Matthews*

**MICHAEL D. HOSTETTER**
Georgia State Bar No. 368420
**AMANDA L. MATTHEWS**
Georgia State Bar No. 474951

**ATTORNEYS FOR DEFENDANT SECRET SQUIRREL EXPRESS, INC.,**

**NALL & MILLER, LLP**
Peachtree Center, North Tower
235 Peachtree Street NE, Suite 1500
Atlanta, Georgia 30303-1905
Telephone: 404-522-2200
Facsimile: 404-522-2208
Email: mhostetter@nallmiller.com
Email: amatthews@nallmiller.com