**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **NOLAN TRANSPORTATION GROUP, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION** |
| **v.** | ) | |
| | ) | **FILE NO: ____________** |
| **SECRET SQUIRREL EXPRESS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

The above-captioned action is before the Court on **DEFENDANT'S MOTION AND BRIEF IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S STATE AND COMMON LAW CLAIMS**. After reviewing the aforementioned, and good cause having been shown, the Motion is **GRANTED**. Plaintiff's state and common law claims are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** this ___ day of _______________, 2011.

____________________________________
HONORABLE _________________________
U.S. DISTRICT COURT JUDGE

317354v.1